PER CURIAM.

(No. 74-CC-646—)

CAPITAL CHRYSLER PLYMOUTH, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF GENERAL SERVICES, Respondent.

*Opinion filed July 10, 1974.*

IRMA L. MUNCY, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; HOWARD W. FELDMAN, Assistant Attorney General, for Respondent.

PER CURIAM.